AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| DONALD JOE HUCKABA | Case No. | 2:19CR20018-001 |
|---|---|---|
| | USM No. | 22910-279 |

James Pierce
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations:  Violations No. 1-5  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: Unlawful Use of a Controlled Substance | April 23, 2019 |
| 2 | Standard Condition: Failed to Submit Monthly Supervision Reports | August 1, 2019 |
| 3 | Standard Condition: Failed to Follow Instructions of USPO | June 26, 2019 |
| 4 | Standard Condition: Failed to Notify USPO of any change in Residence or Employment | August 20, 2019 |
| 5 | Special Condition: Treatment Noncompliance | September 16, 2019 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated violation(s); _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  9990

Defendant's Year of Birth:  1977

City and State of Defendant's Residence:
Bonanza, Arkansas

June 11, 2020
Date of Imposition of Judgment

/s/ P.K. Holmes, III
Signature of Judge

Honorable P.K. Holmes, III, U.S. District Judge
Name and Title of Judge

June 12, 2020
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2—Imprisonment

Judgment — Page 2 of 2

DEFENDANT: DONALD JOE HUCKABA
CASE NUMBER: 2:19CR20018-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Seven (7) months, with credit for time served since May 24, 2020. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

 ☐ at _____ ☐ a.m. ☐ p.m. on _____.

 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

 ☐ before 2 p.m. on _____.

 ☐ as notified by the United States Marshal.

 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL